*In re* **RUBIN**, Ellen Ruth (MR 21831)
Tucson, AZ

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Ellen Ruth Rubin, who has been disciplined in the State of Arizona, is reprimanded in the State of Illinois and placed on probation subject to the condition imposed in the State of Arizona.